# Court of Appeals
# of the State of Georgia

ATLANTA, _December 10, 2025_

*The Court of Appeals hereby passes the following order:*

**A26E0103. JOSHUA WRIGHT v. KATHERINE WRIGHT.**

Proceeding pro se, Joshua Wright has filed an "Extraordinary Motion for Immediate Stay and Writ of Prohibition." Wright's motion fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40 (b) and is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___12/10/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*